# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

## Unclaimed Dividends and/or
## Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Sheldon Ray Monsrud
           Rita Dianne Trulock

Chapter 7

Case No. 09-35315

Please Check One:

____   Unclaimed Dividends

_X_    Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Fairview Health Services<br>400 Stinson Blvd NE<br>Minneapolis, MN 55413-2614 | 1 | $149.35 | $3.68 |

Date: January 5, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475